FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 NOV 23 PM 3: 47

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DARNELL DERMAN COLLINS,

    Petitioner,

v.

CIVIL ACTION NO.: CV610-032

CLAY TATUM, Warden,

    Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner contends that he could not adequately complete his claim to the state habeas court "without production of his habeas evidentiary hearing transcript," and reasserts some arguments he made in his original petition. (Doc. No. 19, pp. 3, 5). Petitioner's claims were sufficiently addressed in the Magistrate Judge's Report. Petitioner's Objections to the Magistrate Judge's Report and Recommendation are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Collins' claims that his plea was not voluntary and that he was medically impaired when he entered the plea are **DENIED**. Collins' claims that his confession was coerced, that the prosecution did not

disclose favorable evidence to him, that the final disposition was incorrectly entered, and that he was denied effective assistance of counsel are **DISMISSED**. The Clerk of Court is directed to enter the appropriate Judgment of dismissal.

**SO ORDERED**, this 25 day of December, 2010.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA